IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNIVERSAL COOPERATIVES INC.;
and UNIVERSAL CROP PROTECTION
ALLIANCE LLC                                                                    PLAINTIFFS

v.                              No. 4:11-cv-304-DPM

AAC FLYING SERVICE INC.;
CARTILLAR ENTERPRISES INC.;
CRIDER'S FLYING SERVICE; FOLDEN
AVIATION INC.; FORREST FLYING
SERVICE INC.; JOHNSON FLYING
SERVICE INC.; KEN GRUBBS AERO
INC.; MILES FLYING SERVICE INC.;
SCOTT FLYING SERVICE INC.; and
WHIRLWIND AVIATION INC.                                                DEFENDANTS

JUDGMENT

The Universal entities' complaint, *Document No. 1*, is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 March 2012